No. 45604.—Protests 982620–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of United States v. Woolworth (28 C. C. P. A. 196, C. A. D. 145) the metal figures in question were held dutiable at 45 percent under paragraph 397 as claimed.

No. 45605.—Protest 2890–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the sirens in question are similar to those the subject of Abstract 40480.   The claim at 45 percent under paragraph 397 was therefore sustained.

No. 45606.—Protest 22458–K of New York Merchandise Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated the fur monkeys in question are similar to those the subject of Abstract 25607.   The claim at 50 percent under paragraph 1519 (e) was therefore sustained.

No. 45607.—Protest 51739–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise in question consists of fur cats similar to those involved in Abstract 41823.   The claim at 50 percent under paragraph 1519 (e) was therefore sustained.

No. 45608.—Protest 39823–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the cigarette whistles in question are similar to those the subject of Abstract 39509.   The claim at 45 percent under paragraph 409 was therefore sustained.

No. 45609.—Protest 50975–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of jump sticks or trick paddles similar to those the subject of Abstract 44028.   The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 45610.—Protest 976916–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of jump sticks or trick paddles similar to those the subject of Abstract 44028.   The claim at 33⅓ percent under paragraph 412 was therefore sustained.